United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABNER L. WASHINGTON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-2261 |
| | § | |
| DEBORAY WILLIAMS, *et al* | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the motions to dismiss (Doc. Nos. 13, 17) filed by Defendants, to which Plaintiff filed responses (Doc. Nos. 18, 20, 23), Defendants Williams's and Barbour's reply (Doc. No. 24), Plaintiff's requests for hearings (Doc. Nos. 26, 36), motion to sever (Doc. No. 35); and, Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 38). Plaintiff filed objections (Doc. No. 41) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 38) is **ADOPTED**. The Motion to Dismiss (Doc. No. 13) of Defendants Tammy Trinh, DDS and Jefferson Dental Orthodontics is **GRANTED**. The Motion to Dismiss of Defendants Deborah Williams and Sonya Barbour is **GRANTED**. Plaintiff's Motion to Sever (Doc. No. 35) and Requests for hearings (Doc. Nos. 26, 36) are **DENIED**.

SIGNED this ___15___ day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE